NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,
*Plaintiff-Appellant*

**v.**

## UNITED PARCEL SERVICE, INC.,
*Defendant-Appellee*

---

2017-1254

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:12-cv-03222-AT, Judge Amy Totenberg.

---

**JUDGMENT**

---

DONALD PUCKETT, Nelson Bumgardner PC, Fort Worth, TX, argued for plaintiff-appellant. Also represented by JOHN MATTHEW MURRELL, DANIEL ROBINSON SCARDINO, Reed & Scardino LLP, Austin, TX.

SIRAJ M. ABHYANKAR, Alston & Bird LLP, Atlanta, GA, argued for defendant-appellee. Also represented by ROBERT L. LEE, PATRICK FLINN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  January 11, 2018      /s/ Peter R. Marksteiner
         Date                Peter R. Marksteiner
                             Clerk of Court